# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HERMAN MARK LANDRY, III,** | **CIVIL ACTION NO. 19-01319** |
| **PLAINTIFF,** | |
| **VERSUS** | **JUDGE GUIDRY** |
| **BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY,** | **MAGISTRATE JUDGE NORTH** |
| **DEFENDANTS.** | |
| **Related to:    12-968 BELO**<br>**in MDL No. 2179** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, Herman Mark Landry, III, "Plaintiff" herein, and Defendants BP Exploration & Production Inc. and BP America Production Company, in the above entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiff in this action against Defendants BP Exploration & Production Inc. and BP America Production Company are dismissed with prejudice, with each party to bear its own costs.

Date: January 8, 2020

Respectfully submitted,

   */s/ Howard L. Nations*
Howard L. Nations
The Nations Law Firm
Texas State Bar No. 14823000
3131 Briarpark Dr., Suite 208
Houston, Texas 77042
Telephone: (713) 807-8400
Telefax: (713) 807-8423

ATTORNEYS FOR PLAINTIFF

/s/ Devin C. Reid
R. Keith Jarrett (Bar #16984)
Don K. Haycraft (Bar #14361)
Charles Wilmore, T.A. (Bar #28812)
Devin C. Reid (Bar #32645)
Brady M. Hadden (Bar #37708)
Sara Grace Sirera (Bar #38405)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

ATTORNEYS FOR BP EXPLORATION &
PRODUCTION INC. AND BP AMERICA
PRODUCTION COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of January, 2020 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

/s/ Howard L. Nations
Howard L. Nations